purposes.

66. PDMP reports for the time beginning January 2012 to January 2018 indicate that the vast majority of prescriptions written by MORAN were written for Schedule II opioid pain medications. In addition, oxycodone at the highest dosage of 30 mg was identified as the most prescribed opioid by MORAN. Oxycodone 30 mg tablets is the maximum dose for the immediate release formula and the most sought after by drug abusers.

67. Many of the patients prescribed oxycodone by MORAN were also prescribed an additional Schedule II controlled substance including morphine, methadone, and fentanyl.

68. Many of the prescriptions for opioid medications written by MORAN were written in combination with a benzodiazepine, a dangerous combination. In 2016, the United States Centers for Disease Control and Prevention ("CDC") recommended that physicians avoid prescribing opioids and benzodiazepines in combination – such as oxycodone, hydrocodone or morphine with diazepam, lorazepam or alprazolam – whenever possible. Together, the drugs cause respiratory depression, including leading to death.

69. Numerous prescriptions for Schedule II opioid medications were issued by MORAN at a time when MORAN was not present in his medical office, not present in the Commonwealth of Pennsylvania, and not present in the United States. This occurred because MORAN routinely pre-signed prescriptions for

Schedule II opioid medications and directed staff members to provide them to patients in his absence.

70. Contrary to accepted medical practice, MORAN frequently operated his medical practice by proxy. MORAN frequently and unlawfully delegated his DEA registration authorization to unauthorized individuals within his medical office.

71. MORAN prescribed a variety of controlled substances without conducting a meaningful physical examination of individuals to verify the claimed illness or condition, or after conducting only a limited physical examination, or without even seeing the patient.

72. MORAN would frequently examine individuals for only the minimal amount of time possible in order to see the largest number of individuals each day and to generate the largest amount of proceeds. MORAN scheduled an excessive number of patients each day such that patients would wait hours before being seen and/or hurried in and out with no meaningful examination.

73. In some instances, MORAN issued unlawful prescriptions for controlled substances to patients despite indications that such patients were abusing and misusing the controlled substances he prescribed.

74. MORAN continued to prescribe excessive amounts of controlled substances to certain of his patients, knowing that such practice could result in overdoses, dependence, addiction, and, in some cases, death.

75. MORAN prescribed hundreds of prescriptions for Subsys and other Schedule II opioid medications outside the usual course of professional practice and not for legitimate medical purposes.

76. From on or about December 2014, and continuing through January 2018, in the Middle District of Pennsylvania, the defendant,

**KURT MORAN,**

did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, and aided and abetted the distribution and dispensing of, outside the usual course of professional practice and not for a legitimate medical purpose, the controlled substances, as listed below, each of which constitutes a separate count of this Indictment:

| Ct. | Patient | Date Rx Written | Substance | Strength | Quantity |
|---|---|---|---|---|---|
| | | | | | |
| 13 | SB | 1-15-15 | Subsys | 600 mcg | 120 units |
| 14 | SB | 2-4-15 | Subsys | 600 mcg | 120 units |
| 15 | SB | 3-5-15 | Subsys | 400 mcg | 120 units |
| 16 | SB | 4-2-15 | Subsys | 600 mcg | 120 units |
| 17 | SB | 5-28-15 | Subsys | 600 mcg | 120 units |
| 18 | SB | 8-20-15 | Subsys | 600 mcg | 120 units |
| 19 | SB | 9-17-15 | Subsys | 600 mcg | 120 units |
| 20 | SB | 10-21-15 | Subsys | 600 mcg | 120 units |

| | | | | | |
|---|---|---|---|---|---|
| 21 | SB | 2-25-16 | Subsys | 800 mcg | 120 units |
| 22 | SB | 3-16-16 | Subsys | 800 mcg | 120 units |
| 23 | SB | 4-13-16 | Subsys | 800 mcg | 120 units |
| 24 | SB | 5-11-16 | Subsys | 800 mcg | 120 units |
| 25 | SB | 7-7-16 | Subsys | 800 mcg | 120 units |
| 26 | SB | 8-3-16 | Subsys | 800 mcg | 120 units |
| 27 | SB | 8-31-16 | Subsys | 800 mcg | 120 units |
| 28 | SB | 9-28-16 | Subsys | 800 mcg | 120 units |
| 29 | SB | 10-26-16 | Subsys | 800 mcg | 120 units |
| 30 | SB | 11-22-16 | Subsys | 800 mcg | 120 units |
| 31 | SB | 12-21-16 | Subsys | 800 mcg | 120 units |
| 32 | SB | 1-18-17 | Subsys | 800 mcg | 120 units |
| 33 | SB | 2-15-17 | Subsys | 800 mcg | 120 units |
| | | | | | |
| 34 | KD | 2-10-15 | Subsys | 400 mcg | 30 units |
| 35 | KD | 3-6-15 | Subsys | 800 mcg | 30 units |
| 36 | KD | 3-13-15 | Subsys | 800 mcg | 30 units |
| 37 | KD | 3-19-15 | Subsys | 800 mcg | 30 units |
| 38 | KD | 3-25-15 | Subsys | 800 mcg | 30 units |
| 39 | KD | 4-1-15 | Subsys | 800 mcg | 120 units |
| 40 | KD | 4-22-15 | Subsys | 1,200 mcg | 60 units |
| 41 | KD | 5-20-15 | Subsys | 1,200 mcg | 240 units |

| | | | | | |
|---|---|---|---|---|---|
| 42 | KD | 7-10-15 | Subsys | 1,200 mcg | 240 units |
| 43 | KD | 8-10-15 | Subsys | 1,200 mcg | 240 units |
| 44 | KD | 9-8-15 | Subsys | 1,200 mcg | 240 units |
| 45 | KD | 10-6-15 | Subsys | 1,200 mcg | 60 units |
| 46 | KD | 10-13-15 | Subsys | 1,200 mcg | 60 units |
| 47 | KD | 10-19-15 | Subsys | 1,200 mcg | 60 units |
| 48 | KD | 10-26-15 | Subsys | 1,200 mcg | 60 units |
| 49 | KD | 11-2-15 | Subsys | 1,200 mcg | 60 units |
| 50 | KD | 11-9-15 | Subsys | 1,200 mcg | 240 units |
| 51 | KD | 12-9-15 | Subsys | 1,200 mcg | 240 units |
| 52 | KD | 12-29-15 | Subsys | 1,200 mcg | 240 units |
| 53 | KD | 1-25-16 | Subsys | 1,200 mcg | 240 units |
| 54 | KD | 2-24-16 | Subsys | 1,200 mcg | 120 units |
| 55 | KD | 2-29-16 | Subsys | 1,200 mcg | 240 units |
| | | | | | |
| 56 | SS | 12-23-14 | Subsys | 1,200 mcg | 240 units |
| 57 | SS | 1-20-15 | Subsys | 1,200 mcg | 240 units |
| 58 | SS | 2-19-15 | Subsys | 1,200 mcg | 240 units |
| 59 | SS | 3-13-15 | Subsys | 1,200 mcg | 240 units |
| 60 | SS | 4-8-15 | Subsys | 1,200 mcg | 240 units |
| 61 | SS | 7-29-15 | Subsys | 600 mcg | 240 units |
| 62 | SS | 8-25-15 | Subsys | 600 mcg | 240 units |

| | | | | | |
|---|---|---|---|---|---|
| 63 | SS | 9-22-15 | Subsys | 600 mcg | 240 units |
| 64 | SS | 10-20-15 | Subsys | 600 mcg | 240 units |
| 65 | SS | 12-15-15 | Subsys | 600 mcg | 240 units |
| 66 | SS | 1-12-16 | Subsys | 600 mcg | 240 units |
| 67 | SS | 2-9-16 | Subsys | 600 mcg | 240 units |
| 68 | SS | 3-8-16 | Subsys | 600 mcg | 240 units |
| 69 | SS | 4-5-16 | Subsys | 600 mcg | 240 units |
| 70 | SS | 5-3-16 | Subsys | 600 mcg | 240 units |
| 71 | SS | 7-26-16 | Subsys | 1,200 mcg | 240 units |
| 72 | SS | 8-22-16 | Subsys | 1,200 mcg | 240 units |
| 73 | SS | 9-22-16 | Subsys | 1,200 mcg | 240 units |
| 74 | SS | 10-26-16 | Subsys | 1,200 mcg | 240 units |
| 75 | SS | 11-29-16 | Subsys | 1,200 mcg | 240 units |
| | | | | | |
| 76 | SM | 1-9-15 | Subsys | 800 mcg | 30 units |
| 77 | SM | 2-6-15 | Subsys | 1,200 mcg | 240 units |
| 78 | SM | 3-5-15 | Subsys | 1,200 mcg | 240 units |
| 79 | SM | 4-2-15 | Subsys | 1,200 mcg | 240 units |
| 80 | SM | 4-29-15 | Subsys | 1,200 mcg | 240 units |
| 81 | SM | 5-27-15 | Subsys | 1,200 mcg | 240 units |
| 82 | SM | 6-24-15 | Subsys | 1,200 mcg | 240 units |
| 83 | SM | 7-22-15 | Subsys | 1,200 mcg | 240 units |

| | | | | | |
|---|---|---|---|---|---|
| 84 | SM | 8-19-15 | Subsys | 1,200 mcg | 240 units |
| 85 | SM | 9-16-15 | Subsys | 1,200 mcg | 240 units |
| 86 | SM | 10-14-15 | Subsys | 1,200 mcg | 240 units |
| 87 | SM | 11-11-15 | Subsys | 1,200 mcg | 240 units |
| 88 | SM | 12-9-15 | Subsys | 1,200 mcg | 240 units |
| 89 | SM | 1-6-16 | Subsys | 1,200 mcg | 240 units |
| | | | | | |
| 90 | OH | 12-15-14 | Subsys | 1,200 mcg | 120 units |
| 91 | OH | 12-29-14 | Subsys | 1,200 mcg | 120 units |
| 92 | OH | 1-13-15 | Subsys | 1,200 mcg | 120 units |
| 93 | OH | 1-27-15 | Subsys | 1,200 mcg | 120 units |
| 94 | OH | 2-9-15 | Subsys | 1,200 mcg | 120 units |
| 95 | OH | 2-26-15 | Subsys | 1,200 mcg | 120 units |
| 96 | OH | 3-13-15 | Subsys | 1,200 mcg | 120 units |
| 97 | OH | 3-27-15 | Subsys | 1,200 mcg | 120 units |
| 98 | OH | 4-9-15 | Subsys | 1,200 mcg | 120 units |
| 99 | OH | 4-20-15 | Subsys | 1,200 mcg | 120 units |
| 100 | OH | 5-2-15 | Subsys | 1,200 mcg | 120 units |
| 101 | OH | 5-20-15 | Subsys | 1,200 mcg | 120 units |
| 102 | OH | 7-13-15 | Subsys | 1,200 mcg | 120 units |
| 103 | OH | 7-27-15 | Subsys | 1,200 mcg | 120 units |
| 104 | OH | 8-11-15 | Subsys | 1,200 mcg | 120 units |

| | | | | | |
|---|---|---|---|---|---|
| 105 | OH | 8-26-15 | Subsys | 1,200 mcg | 120 units |
| 106 | OH | 8-26-15 | Subsys | 1,200 mcg | 120 units |
| 107 | OH | 9-30-15 | Subsys | 1,200 mcg | 120 units |
| 108 | OH | 11-10-15 | Subsys | 1,200 mcg | 120 units |
| 109 | OH | 11-24-15 | Subsys | 1,200 mcg | 120 units |
| 110 | OH | 1-11-16 | Subsys | 1,200 mcg | 120 units |
| | | | | | |
| 111 | DC | 12-12-14 | Subsys | 1,200 mcg | 60 units |
| 112 | DC | 12-17-14 | Subsys | 1,200 mcg | 60 units |
| 113 | DC | 12-23-14 | Subsys | 1,200 mcg | 60 units |
| 114 | DC | 12-31-14 | Subsys | 1,200 mcg | 60 units |
| 115 | DC | 1-8-15 | Subsys | 1,200 mcg | 60 units |
| 116 | DC | 1-13-15 | Subsys | 1,200 mcg | 240 units |
| 117 | DC | 2-3-15 | Subsys | 1,200 mcg | 240 units |
| 118 | DC | 3-3-15 | Subsys | 1,200 mcg | 240 units |
| 119 | DC | 3-31-15 | Subsys | 1,200 mcg | 240 units |
| 120 | DC | 4-25-15 | Subsys | 1,200 mcg | 240 units |
| 121 | DC | 5-26-15 | Subsys | 1,200 mcg | 240 units |
| 122 | DC | 7-21-15 | Subsys | 1,200 mcg | 240 units |
| 123 | DC | 8-18-15 | Subsys | 1,200 mcg | 240 units |
| 124 | DC | 9-15-15 | Subsys | 1,200 mcg | 240 units |
| 125 | DC | 10-13-15 | Subsys | 1,200 mcg | 30 units |

| | | | | | |
|---|---|---|---|---|---|
| 126 | DC | 10-20-15 | Subsys | 1,200 mcg | 60 units |
| 127 | DC | 11-2-15 | Subsys | 1,200 mcg | 60 units |
| 128 | DC | 12-1-15 | Subsys | 1,200 mcg | 240 units |
| 129 | DC | 12-28-15 | Subsys | 1,200 mcg | 240 units |
| 130 | DC | 1-26-16 | Subsys | 1,200 mcg | 240 units |
| 131 | DC | 2-22-16 | Subsys | 1,200 mcg | 240 units |
| 132 | DC | 3-21-16 | Subsys | 1,200 mcg | 240 units |
| 133 | DC | 4-18-16 | Subsys | 1,200 mcg | 240 units |
| 134 | DC | 5-16-16 | Subsys | 1,200 mcg | 240 units |
| 135 | DC | 6-13-16 | Subsys | 1,200 mcg | 240 units |
| 136 | DC | 7-11-16 | Subsys | 1,200 mcg | 240 units |
| 137 | DC | 8-8-16 | Subsys | 1,200 mcg | 240 units |
| 138 | DC | 9-6-16 | Subsys | 1,200 mcg | 240 units |
| 139 | DC | 10-11-16 | Subsys | 1,200 mcg | 240 units |
| | | | | | |
| 140 | EM | 1-6-15 | Subsys | 800 mcg | 120 units |
| 141 | EM | 2-3-15 | Subsys | 800 mcg | 120 units |
| 142 | EM | 3-3-15 | Subsys | 800 mcg | 120 units |
| 143 | EM | 3-31-15 | Subsys | 800 mcg | 120 units |
| 144 | EM | 4-28-15 | Subsys | 800 mcg | 120 units |
| 145 | EM | 5-26-15 | Subsys | 1,200 mcg | 240 units |
| 146 | EM | 7-21-15 | Subsys | 1,200 mcg | 240 units |

| | | | | | |
|---|---|---|---|---|---|
| 147 | EM | 8-18-15 | Subsys | 1,200 mcg | 240 units |
| 148 | EM | 9-15-15 | Subsys | 1,200 mcg | 240 units |
| 149 | EM | 11-10-15 | Subsys | 1,200 mcg | 240 units |
| 150 | EM | 1-5-16 | Subsys | 1,200 mcg | 240 units |
| 151 | EM | 2-2-16 | Subsys | 1,200 mcg | 240 units |
| 152 | EM | 3-1-16 | Subsys | 1,200 mcg | 240 units |
| 153 | EM | 3-29-16 | Subsys | 1,200 mcg | 240 units |
| 154 | EM | 4-26-16 | Subsys | 1,200 mcg | 240 units |
| 155 | EM | 5-24-16 | Subsys | 1,200 mcg | 240 units |
| 156 | EM | 7-20-16 | Subsys | 1,200 mcg | 240 units |
| | | | | | |
| 157 | MF | 12-17-14 | Subsys | 800 mcg | 30 units |
| 158 | MF | 12-26-14 | Subsys | 800 mcg | 30 units |
| 159 | MF | 12-31-14 | Subsys | 800 mcg | 30 units |
| 160 | MF | 1-15-15 | Subsys | 800 mcg | 30 units |
| 161 | MF | 1-22-15 | Subsys | 800 mcg | 30 units |
| 162 | MF | 2-6-15 | Subsys | 800 mcg | 30 units |
| 163 | MF | 2-13-15 | Subsys | 800 mcg | 30 units |
| 164 | MF | 2-19-15 | Subsys | 800 mcg | 30 units |
| 165 | MF | 3-12-15 | Subsys | 800 mcg | 30 units |
| 166 | MF | 3-19-15 | Subsys | 800 mcg | 30 units |
| 167 | MF | 4-2-15 | Subsys | 800 mcg | 30 units |

| | | | | | |
|---|---|---|---|---|---|
| 168 | MF | 4-9-15 | Subsys | 800 mcg | 30 units |
| 169 | MF | 4-17-15 | Subsys | 800 mcg | 30 units |
| 170 | MF | 4-23-15 | Subsys | 800 mcg | 30 units |
| 171 | MF | 5-6-15 | Subsys | 800 mcg | 30 units |
| 172 | MF | 5-13-15 | Subsys | 800 mcg | 30 units |
| 173 | MF | 5-21-15 | Subsys | 800 mcg | 30 units |
| 174 | MF | 5-28-15 | Subsys | 800 mcg | 30 units |
| 175 | MF | 7-9-15 | Subsys | 800 mcg | 120 units |
| 176 | MF | 8-10-15 | Subsys | 800 mcg | 120 units |
| 177 | MF | 8-26-15 | Subsys | 800 mcg | 30 units |
| 178 | MF | 9-8-15 | Subsys | 800 mcg | 30 units |
| 179 | MF | 9-15-15 | Subsys | 800 mcg | 30 units |
| 180 | MF | 9-21-15 | Subsys | 800 mcg | 30 units |
| 181 | MF | 9-29-15 | Subsys | 800 mcg | 120 units |
| 182 | MF | 10-30-15 | Subsys | 800 mcg | 120 units |
| 183 | MF | 11-25-15 | Subsys | 800 mcg | 120 units |
| 184 | MF | 12-21-15 | Subsys | 800 mcg | 120 units |
| 185 | MF | 1-22-16 | Subsys | 800 mcg | 120 units |
| 186 | MF | 2-18-16 | Subsys | 800 mcg | 120 units |
| 187 | MF | 3-16-16 | Subsys | 800 mcg | 120 units |
| 188 | MF | 4-18-16 | Subsys | 800 mcg | 120 units |
| 189 | MF | 5-16-16 | Subsys | 800 mcg | 120 units |

| | | | | | |
|---|---|---|---|---|---|
| 190 | MF | 6-14-16 | Subsys | 800 mcg | 120 units |
| 191 | MF | 7-18-16 | Subsys | 800 mcg | 120 units |
| 192 | MF | 8-16-16 | Subsys | 800 mcg | 120 units |
| 193 | MF | 9-15-16 | Subsys | 800 mcg | 120 units |
| 194 | MF | 10-20-16 | Subsys | 800 mcg | 120 units |
| 195 | MF | 11-22-16 | Subsys | 800 mcg | 120 units |
| 196 | MF | 12-21-16 | Subsys | 800 mcg | 120 units |
| | | | | | |
| 197 | TV | 12-12-14 | Subsys | 600 mcg | 30 units |
| 198 | TV | 12-23-14 | Subsys | 600 mcg | 30 units |
| 199 | TV | 1-13-15 | Subsys | 600 mcg | 30 units |
| 200 | TV | 1-20-15 | Subsys | 600 mcg | 30 units |
| 201 | TV | 1-24-15 | Subsys | 600 mcg | 30 units |
| 202 | TV | 2-5-15 | Subsys | 600 mcg | 30 units |
| 203 | TV | 2-13-15 | Subsys | 600 mcg | 30 units |
| 204 | TV | 2-19-15 | Subsys | 600 mcg | 30 units |
| 205 | TV | 2-26-15 | Subsys | 600 mcg | 30 units |
| 206 | TV | 3-5-15 | Subsys | 600 mcg | 30 units |
| 207 | TV | 3-12-15 | Subsys | 600 mcg | 30 units |
| 208 | TV | 3-19-15 | Subsys | 600 mcg | 30 units |
| 209 | TV | 3-25-15 | Subsys | 600 mcg | 30 units |
| 210 | TV | 4-2-15 | Subsys | 600 mcg | 30 units |

| | | | | | |
|---|---|---|---|---|---|
| 211 | TV | 4-9-15 | Subsys | 600 mcg | 120 units |
| 212 | TV | 5-6-15 | Subsys | 600 mcg | 120 units |
| 213 | TV | 7-1-15 | Subsys | 600 mcg | 120 units |
| 214 | TV | 7-28-15 | Subsys | 600 mcg | 120 units |
| 215 | TV | 8-25-15 | Subsys | 600 mcg | 120 units |
| 216 | TV | 9-22-15 | Subsys | 600 mcg | 120 units |
| 217 | TV | 11-17-15 | Subsys | 600 mcg | 120 units |
| 218 | TV | 1-12-16 | Subsys | 600 mcg | 120 units |
| 219 | TV | 2-9-16 | Subsys | 600 mcg | 120 units |
| 220 | TV | 3-8-16 | Subsys | 600 mcg | 30 units |
| 221 | TV | 3-21-16 | Subsys | 600 mcg | 30 units |
| 222 | TV | 3-29-16 | Subsys | 600 mcg | 30 units |
| 223 | TV | 4-5-16 | Subsys | 600 mcg | 30 units |
| 224 | TV | 4-11-16 | Subsys | 600 mcg | 30 units |
| 225 | TV | 4-18-16 | Subsys | 600 mcg | 30 units |
| 226 | TV | 4-25-16 | Subsys | 600 mcg | 30 units |
| 227 | TV | 5-2-16 | Subsys | 600 mcg | 30 units |
| 228 | TV | 5-9-16 | Subsys | 600 mcg | 30 units |
| 229 | TV | 5-23-16 | Subsys | 600 mcg | 30 units |
| 230 | TV | 5-31-16 | Subsys | 600 mcg | 30 units |
| 231 | TV | 6-6-16 | Subsys | 600 mcg | 30 units |
| 232 | TV | 6-13-16 | Subsys | 600 mcg | 120 units |

| | | | | | |
|---|---|---|---|---|---|
| 233 | TV | 6-20-16 | Subsys | 600 mcg | 120 units |
| 234 | TV | 6-27-16 | Subsys | 600 mcg | 120 units |
| 235 | TV | 8-11-16 | Subsys | 600 mcg | 120 units |
| 236 | TV | 9-2-16 | Subsys | 600 mcg | 120 units |
| 237 | TV | 10-4-16 | Subsys | 600 mcg | 120 units |
| 238 | TV | 11-29-16 | Subsys | 600 mcg | 120 units |
| 239 | TV | 12-26-16 | Subsys | 600 mcg | 30 units |
| 240 | TV | 1-9-17 | Subsys | 600 mcg | 30 units |
| 241 | TV | 1-31-17 | Subsys | 400 mcg | 120 units |
| 242 | TV | 3-7-17 | Subsys | 600 mcg | 120 units |
| 243 | TV | 4-4-17 | Subsys | 600 mcg | 120 units |
| | | | | | |
| 244 | JC | 4-2-15 | Subsys | 400 mcg | 30 units |
| 245 | JC | 4-7-15 | Subsys | 400 mcg | 120 units |
| 246 | JC | 4-28-15 | Subsys | 800 mcg | 120 units |
| 247 | JC | 5-26-15 | Subsys | 800 mcg | 30 units |
| 248 | JC | 7-21-15 | Subsys | 800 mcg | 120 units |
| 249 | JC | 8-18-15 | Subsys | 800 mcg | 120 units |
| 250 | JC | 9-15-15 | Subsys | 800 mcg | 120 units |
| 251 | JC | 11-10-15 | Subsys | 800 mcg | 120 units |
| 252 | JC | 1-5-16 | Subsys | 800 mcg | 120 units |
| 253 | JC | 2-2-16 | Subsys | 800 mcg | 120 units |

| | | | | | |
|---|---|---|---|---|---|
| 254 | JC | 3-1-16 | Subsys | 800 mcg | 120 units |
| 255 | JC | 3-29-16 | Subsys | 800 mcg | 120 units |
| 256 | JC | 4-25-16 | Subsys | 800 mcg | 30 units |
| 257 | JC | 5-2-16 | Subsys | 800 mcg | 30 units |
| 258 | JC | 5-9-16 | Subsys | 800 mcg | 30 units |
| 259 | JC | 5-16-16 | Subsys | 800 mcg | 30 units |
| 260 | JC | 5-23-16 | Subsys | 800 mcg | 30 units |
| 261 | JC | 5-31-16 | Subsys | 800 mcg | 30 units |
| 262 | JC | 6-6-16 | Subsys | 800 mcg | 30 units |
| 263 | JC | 6-13-16 | Subsys | 800 mcg | 30 units |
| 264 | JC | 6-20-16 | Subsys | 800 mcg | 30 units |
| 265 | JC | 7-5-16 | Subsys | 800 mcg | 30 units |
| 266 | JC | 7-11-16 | Subsys | 800 mcg | 30 units |
| 267 | JC | 7-18-16 | Subsys | 800 mcg | 30 units |
| 268 | JC | 7-25-16 | Subsys | 800 mcg | 30 units |
| 269 | JC | 8-1-16 | Subsys | 800 mcg | 30 units |
| 270 | JC | 8-5-16 | Subsys | 800 mcg | 90 units |
| 271 | JC | 8-25-16 | Subsys | 800 mcg | 90 units |
| 272 | JC | 8-31-16 | Subsys | 800 mcg | 30 units |
| 273 | JC | 9-26-16 | Subsys | 800 mcg | 120 units |
| 274 | JC | 10-28-16 | Subsys | 600 mcg | 60 units |
| 275 | JC | 11-11-16 | Subsys | 400 mcg | 60 units |

| | | | | | |
|---|---|---|---|---|---|
| 276 | DM | 12-17-14 | Subsys | 1,200 mcg | 60 units |
| 277 | DM | 12-23-14 | Subsys | 1,200 mcg | 60 units |
| 278 | DM | 12-31-14 | Subsys | 1,200 mcg | 60 units |
| 279 | DM | 1-5-15 | Subsys | 1,200 mcg | 60 units |
| 280 | DM | 1-13-15 | Subsys | 1,200 mcg | 60 units |
| 281 | DM | 1-20-15 | Subsys | 1,200 mcg | 60 units |
| 282 | DM | 1-27-15 | Subsys | 1,200 mcg | 60 units |
| 283 | DM | 2-10-15 | Subsys | 1,200 mcg | 60 units |
| 284 | DM | 2-17-15 | Subsys | 1,200 mcg | 60 units |
| 285 | DM | 2-24-15 | Subsys | 1,200 mcg | 60 units |
| 286 | DM | 3-3-15 | Subsys | 1,200 mcg | 60 units |
| 287 | DM | 3-10-15 | Subsys | 1,200 mcg | 60 units |
| 288 | DM | 3-17-15 | Subsys | 1,200 mcg | 60 units |
| 289 | DM | 3-24-15 | Subsys | 1,200 mcg | 60 units |
| 290 | DM | 3-31-15 | Subsys | 1,200 mcg | 60 units |
| | | | | | |
| 291 | JD | 12-22-14 | Subsys | 600 mcg | 30 units |
| 292 | JD | 1-5-15 | Subsys | 600 mcg | 30 units |
| 293 | JD | 1-30-15 | Subsys | 600 mcg | 30 units |
| 294 | JD | 2-14-15 | Subsys | 600 mcg | 120 units |
| 295 | JD | 4-8-15 | Subsys | 600 mcg | 120 units |

| | | | | | |
|---|---|---|---|---|---|
| 296 | JD | 5-6-15 | Subsys | 600 mcg | 120 units |
| 297 | JD | 7-2-15 | Subsys | 600 mcg | 120 units |
| 298 | JD | 7-31-15 | Subsys | 600 mcg | 120 units |
| 299 | JD | 8-28-15 | Subsys | 600 mcg | 120 units |
| 300 | JD | 9-25-15 | Subsys | 600 mcg | 120 units |
| 301 | JD | 11-20-15 | Subsys | 600 mcg | 90 units |
| | | | | | |
| 302 | SD | 10-13-15 | Subsys | 1,200 mcg | 60 units |
| 303 | SD | 10-13-15 | Subsys | 1,200 mcg | 60 units |
| 304 | SD | 10-26-15 | Subsys | 1,200 mcg | 60 units |
| 305 | SD | 10-28-15 | Subsys | 1,200 mcg | 60 units |
| 306 | SD | 11-9-15 | Subsys | 1,200 mcg | 60 units |
| 307 | SD | 11-16-15 | Subsys | 1,200 mcg | 60 units |
| 308 | SD | 11-25-15 | Subsys | 1,200 mcg | 60 units |
| 309 | SD | 11-25-15 | Subsys | 1,200 mcg | 60 units |
| 310 | SD | 12-11-15 | Subsys | 1,600 mcg | 240 units |
| 311 | SD | 12-14-15 | Subsys | 1,200 mcg | 60 units |
| 312 | SD | 1-5-16 | Subsys | 1,200 mcg | 240 units |
| | | | | | |
| 313 | TC | 12-22-14 | Subsys | 600 mcg | 120 units |
| 314 | TC | 1-20-15 | Subsys | 600 mcg | 120 units |
| 315 | TC | 2-17-15 | Subsys | 600 mcg | 120 units |

| | | | | | |
|---|---|---|---|---|---|
| 316 | TC | 3-17-15 | Subsys | 600 mcg | 120 units |
| 317 | TC | 4-14-15 | Subsys | 600 mcg | 120 units |
| 318 | TC | 5-12-15 | Subsys | 600 mcg | 120 units |
| 319 | TC | 7-7-15 | Subsys | 600 mcg | 120 units |
| 320 | TC | 8-4-15 | Subsys | 600 mcg | 120 units |
| 321 | TC | 9-1-15 | Subsys | 600 mcg | 120 units |
| | | | | | |
| 322 | GR | 12-11-14 | Subsys | 1200 mcg | 60 units |
| 323 | GR | 12-17-14 | Subsys | 1200 mcg | 60 units |
| 324 | GR | 12-31-14 | Subsys | 1200 mcg | 60 units |
| 325 | GR | 2-5-15 | Subsys | 1200 mcg | 60 units |
| 326 | GR | 2-13-15 | Subsys | 1200 mcg | 60 units |
| 327 | GR | 3-5-15 | Subsys | 1200 mcg | 60 units |

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

**Count 328**
**Unlawful Distribution of a Controlled Substance**
**Resulting in Death and Serious Bodily Injury**
**(21 United States Code § 841(a)(1))**

77. The allegations contained in paragraphs 1 through 38 of this Indictment are incorporated herein.

78. On or about January 2, 2015, within the Middle District of Pennsylvania, the defendant,

**KURT MORAN,**

did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, and aided and abetted the distribution and dispensing of, outside the usual course of professional practice and not for a legitimate medical purpose, a controlled substance containing oxycodone, a Schedule II controlled substance, and a controlled substance containing fentanyl, a Schedule II controlled substance, and serious bodily injury and death of a person known to the grand jury as "J.B." resulted from the use of the controlled substances distributed by the defendant.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section § 2.

THE GRAND JURY FURTHER CHARGES:

**Count 329**
**Unlawful Distribution of a Controlled Substance**
**Resulting in Death and Serious Bodily Injury**
**(21 United States Code § 841(a)(1))**

79. The allegations contained in paragraphs 1 through 38 of this Indictment are incorporated herein.

80. On or about December 11, 2014, within the Middle District of Pennsylvania, the defendant,

**KURT MORAN,**

did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, and aided and abetted the distribution and dispensing of, outside the usual course of professional practice and not for a legitimate medical purpose, a controlled substance containing oxycodone, a Schedule II controlled substance, and a controlled substance containing OxyContin (oxycodone), a Schedule II controlled substance, and serious bodily injury and death of a person known to the grand jury as "M.C." resulted from the use of the controlled substances distributed by the defendant.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section § 2.

THE GRAND JURY FURTHER CHARGES:

**Count 330**
**Maintaining Drug-Involved Premises**
**(21 United States Code § 856(a)(1))**

81. The allegations contained in paragraphs 1 through 38 and 65 through 75 of this Indictment are incorporated herein.

82. From on or about December 2014, and continuing through January 2018, in the Middle District of Pennsylvania, the defendant,

**KURT MORAN,**

aided and abetted by others, the defendant knowingly and unlawfully opened, leased, rented, used, or maintained, whether permanently or temporarily, a medical practice located at 10 Green Ridge Street, Scranton, Lackawanna County, Pennsylvania for the purpose of distributing controlled substances outside the usual course of professional practice and not for legitimate medical purposes.

In violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

**Counts 331 through 423**
**Health Care Fraud**
**(18 United States Code § 1347)**

83. The allegations contained in paragraphs 1 through 38 and 65 through 75 of this Indictment are incorporated herein.

84. As a license physician, MORAN prescribed a variety of drugs, including controlled substances, without regard to whether the drugs were medically necessary. MORAN profited by prescribing medically unnecessary prescriptions for Subsys (fentanyl), a Schedule II TIRF drug, to non-cancer patients in exchange for speaker fees and free meals provided to him by Insys. The Insys Speaker Program was a sham. Insys used the Speaker Program as a way to funnel money to MORAN to reward him for prescribing Subsys to non-cancer patients. MORAN prescribed hundreds of medically unnecessary Subsys prescriptions. MORAN knew that if he did not prescribe Subsys at a high rate and continue to titrate the dosages upward, Insys would not continue to pay him bribes and kickbacks via the Insys Speaker Program. MORAN's Subsys prescriptions were issued outside the usual course of professional conduct and not for legitimate medical purposes.

85. MORAN caused prescriptions for medically unnecessary drugs to be issued by instructing staff at his office to: (1) fill out and sign MORAN's name on prescriptions; and (2) fill out prescriptions that had been pre-signed by MORAN.

As a result, MORAN caused prescriptions to be issued for drugs, including controlled substances, when MORAN was not present at his medical office, including when MORAN was travelling outside the United States. MORAN's pre-signed prescriptions and those he knowingly allowed office staff to forge were written outside the usual course of professional practice and not for legitimate medical purposes.

86. MORAN knew and intended for Medicare, FEHBP, DOL/OWCP and other privately insured beneficiaries to pay for prescriptions he had caused to be issued for medically unnecessary drugs at pharmacies, and for pharmacies to then submit false and fraudulent claims for reimbursement to Medicare and Medicare Part D sponsors, FEHBP, DOL/OWCP and private insurance carriers for those medically unnecessary drugs.

87. MORAN knew and intended and caused false and fraudulent claims for reimbursement to be submitted to Medicare, FEHBP, DOL/OWCP and other private insurance carriers for physician services not actually performed.

88. The American Medical Association assigns and publishes five-digit codes, known as the Current Procedural Terminology ("CPT") codes. The codes are a systematic listing of procedures and services performed or ordered by health care providers. The purpose of the terminology is to provide uniform language that accurately describes medical, surgical, and diagnostic services and supplies, thereby

providing an effective means for reliable nationwide communication amount physicians, patients, and third parties.

89. Health care claim forms, both paper and electronic, contain certain patient information and service billing codes, including CPT codes. Health care programs have established payment schedules based on the codes billed by the provider. By designating a certain code, the provider certifies to the health care program that a given treatment was actually rendered in compliance with the code requirements and was medically necessary. These treatment billing codes are well known to the medical community, providers, and health care insurance companies. The procedures and services represented by CPT codes are health care benefits, items, and services within the meaning of Title 18, United States Code, Section 24(b).

90. MORAN performed medical procedures known as "trigger point injections" in his office on a regular basis. MORAN knew that such procedures known as "trigger point" injections should have been coded under CPT codes 20552 and/or 20553. Instead, MORAN routinely billed for these procedures under CPT code 20550, because he knew that health care programs, such as Medicare, FEHBP, and DOL/OWCP reimbursed at a much higher rate under CPT code 20050.

<u>**The Scheme to Defraud**</u>

91. From on or about December 2014, and continuing through January 2018, in the Middle District of Pennsylvania, the defendant,

**KURT MORAN,**

together with others known and unknown to the Grand Jury, knowingly, willfully, and with intent to defraud, executed and attempted to execute a scheme and artifice: (1) to defraud health care benefit programs, including Medicare and Medicare Part D drug plan sponsors, FEHBP and DOL/OWCP as to material matters in connection with the delivery and payment for health care benefits, items, and services; and (b) to obtain money from health care benefit programs, including Medicare and Medicare Part D drug plan sponsors, FEHBP and DOL/OWCP by means of material false and fraudulent pretenses and representations and the concealment of material facts in connection with the delivery of payment for health care benefits, items, and services.

92. On or about the dates set forth below, within the Middle District of Pennsylvania and elsewhere, the defendant, KURT MORAN, together with others known and unknown to the Grand Jury, knowingly, willfully, and with intent to defraud, executed and attempted to execute the above scheme and artifice to defraud by submitting and causing the submission of the claims for reimbursement set forth below:

| Ct. | Beneficiary | Date of Service | Insurance | Claim Amount | Desc. of Services |
|---|---|---|---|---|---|
| | | | | | |
| 331 | DC | 1-2-15 | FEHBP/GEHA | $4,767.65 | Rx Subsys |
| 332 | DC | 1-10-15 | FEHBP/GEHA | $5,220.55 | Rx Subsys |
| 333 | DC | 1-16-15 | FEHBP/GEHA | $20,880.84 | Rx Subsys |
| 334 | DC | 2-3-15 | FEHBP/GEHA | $20,880.84 | Rx Subsys |