| | | | | | |
|---|---|---|---|---|---|
| 335 | DC | 3-31-15 | FEHBP/GEHA | $20,880.84 | Rx Subsys |
| 336 | DC | 4-28-15 | FEHBP/GEHA | $20,880.84 | Rx Subsys |
| 337 | DC | 5-26-15 | FEHBP/GEHA | $20,880.84 | Rx Subsys |
| 338 | DC | 6-23-15 | FEHBP/GEHA | $20,880.84 | Rx Subsys |
| 339 | DC | 7-21-15 | FEHBP/GEHA | $23,948.34 | Rx Subsys |
| 340 | DC | 8-18-15 | FEHBP/GEHA | $23,948.34 | Rx Subsys |
| 341 | DC | 9-15-15 | FEHBP/GEHA | $23,948.34 | Rx Subsys |
| | | | | | |
| 342 | JC | 4-2-15 | FEHBP/GEHA | $2,010.68 | Rx Subsys |
| 343 | JC | 4-9-15 | FEHBP/GEHA | $8,041.37 | Rx Subsys |
| 344 | JC | 4-28-15 | FEHBP/GEHA | $12,861.62 | Rx Subsys |
| 345 | JC | 6-5-15 | FEHBP/GEHA | $9,646.33 | Rx Subsys |
| 346 | JC | 6-23-15 | FEHBP/GEHA | $12,851.62 | Rx Subsys |
| 347 | JC | 7-21-15 | FEHBP/GEHA | $14,962.64 | Rx Subsys |
| 348 | JC | 8-21-15 | FEHBP/GEHA | $14,962.64 | Rx Subsys |
| 349 | JC | 9-15-15 | FEHBP/GEHA | $14,962.64 | Rx Subsys |
| 350 | JC | 10-13-15 | FEHBP/GEHA | $14,962.64 | Rx Subsys |
| 351 | JC | 11-10-15 | FEHBP/GEHA | $14,962.64 | Rx Subsys |
| 352 | JC | 12-8-15 | FEHBP/GEHA | $14,962.64 | Rx Subsys |
| 353 | JC | 1-5-16 | FEHBP/GEHA | $16,443.89 | Rx Subsys |
| 354 | JC | 2-2-16 | FEHBP/GEHA | $16,443.89 | Rx Subsys |
| 355 | JC | 3-1-16 | FEHBP/GEHA | $16,443.89 | Rx Subsys |
| 356 | JC | 3-29-16 | FEHBP/GEHA | $16,443.89 | Rx Subsys |
| | | | | | |
| 357 | JD | 4-8-15 | FEHBP/NALC | $10,440.64 | Rx Subsys |
| 358 | JD | 5-6-15 | FEHBP/NALC | $10,440.64 | Rx Subsys |
| 359 | JD | 6-2-15 | FEHBP/NALC | $10,440.64 | Rx Subsys |
| 360 | JD | 7-2-15 | FEHBP/NALC | $11,974.40 | Rx Subsys |
| 361 | JD | 7-31-15 | FEHBP/NALC | $11,974.40 | Rx Subsys |
| 362 | JD | 8-28-15 | FEHBP/NALC | $11,974.40 | Rx Subsys |
| 363 | JD | 9-25-15 | FEHBP/NALC | $11,974.40 | Rx Subsys |
| 364 | JD | 10-23-15 | FEHBP/NALC | $14,962.64 | Rx Subsys |
| 365 | JD | 11-20-15 | FEHBP/NALC | $8,980.91 | Rx Subsys |
| 366 | JD | 12-16-15 | FEHBP/NALC | $10,440.64 | Rx Subsys |
| 367 | JD | 12-18-15 | FEHBP/NALC | $11,974.40 | Rx Subsys |
| | | | | | |
| 368 | GK | 4-2-15 | Medicare/UHC | $2,005.02 | Rx Subsys |
| 369 | GK | 4-16-15 | Medicare/UHC | $6,013.55 | Rx Subsys |
| 370 | GK | 5-5-15 | Medicare/UHC | $8,017.81 | Rx Subsys |
| 371 | GK | 5-21-15 | Medicare/UHC | $12,823.75 | Rx Subsys |

| | | | | | |
|---|---|---|---|---|---|
| 372 | GK | 6-16-15 | Medicare/UHC | $12,823.75 | Rx Subsys |
| 373 | GK | 7-10-15 | Medicare/UHC | $14,918.55 | Rx Subsys |
| | | | | | |
| 374 | LF | 5-15-15 | Medicare/Cigna | $2,003.28 | Rx Subsys |
| 375 | LF | 7-3-15 | Medicare/Cigna | $9,248.83 | Rx Subsys |
| 376 | LF | 9-30-15 | Medicare/Cigna | $14,758.61 | Rx Subsys |
| 377 | LF | 11-6-15 | Medicare/Cigna | $14,758.61 | Rx Subsys |
| 378 | LF | 12-14-15 | Medicare/Cigna | $14,758.61 | Rx Subsys |
| 379 | LF | 1-12-16 | Medicare/Cigna | $16,347.06 | Rx Subsys |
| 380 | LF | 2-9-16 | Medicare/Cigna | $16,347.06 | Rx Subsys |
| 381 | LF | 3-8-16 | Medicare/Cigna | $16,347.06 | Rx Subsys |
| 382 | LF | 4-5-16 | Medicare/Cigna | $16,347.06 | Rx Subsys |
| 383 | LF | 5-3-16 | Medicare/Cigna | $16,347.06 | Rx Subsys |
| 384 | LF | 5-31-16 | Medicare/Cigna | $16,347.06 | Rx Subsys |
| 385 | LF | 6-29-16 | Medicare/Cigna | $16,347.06 | Rx Subsys |
| 386 | LF | 7-27-16 | Medicare/Cigna | $18,758.08 | Rx Subsys |
| 387 | LF | 8-24-16 | Medicare/Cigna | $18,758.08 | Rx Subsys |
| | | | | | |
| 388 | EM | 1-6-15 | Medicare/UHC | $12,823.75 | Rx Subsys |
| 389 | EM | 2-3-15 | Medicare/UHC | $12,823.75 | Rx Subsys |
| 390 | EM | 3-3-15 | Medicare/UHC | $12,823.75 | Rx Subsys |
| 391 | EM | 3-31-15 | Medicare/UHC | $12,823.75 | Rx Subsys |
| 392 | EM | 4-28-15 | Medicare/UHC | $12,823.75 | Rx Subsys |
| 393 | EM | 5-26-15 | Medicare/UHC | $20,819.18 | Rx Subsys |
| 394 | EM | 6-23-15 | Medicare/UHC | $20,819.18 | Rx Subsys |
| 395 | EM | 7-21-15 | Medicare/UHC | $23,877.58 | Rx Subsys |
| 396 | EM | 8-18-15 | Medicare/UHC | $23,877.58 | Rx Subsys |
| 397 | EM | 9-15-15 | Medicare/UHC | $23,877.58 | Rx Subsys |
| 398 | EM | 10-13-15 | Medicare/UHC | $23,877.58 | Rx Subsys |
| 399 | EM | 11-10-15 | Medicare/UHC | $23,877.58 | Rx Subsys |
| 400 | EM | 12-8-15 | Medicare/UHC | $23,877.58 | Rx Subsys |
| 401 | EM | 1-6-16 | Medicare/UHC | $25,959.76 | Rx Subsys |
| 402 | EM | 2-2-16 | Medicare/UHC | $25,959.76 | Rx Subsys |
| 403 | EM | 3-1-16 | Medicare/UHC | $25,959.76 | Rx Subsys |
| 404 | EM | 3-29-16 | Medicare/UHC | $25,959.76 | Rx Subsys |
| 405 | EM | 4-26-16 | Medicare/UHC | $25,959.76 | Rx Subsys |
| 406 | EM | 5-24-16 | Medicare/UHC | $25,959.76 | Rx Subsys |
| | | | | | |
| 407 | SM | 2-6-15 | Medicare/Silver | $20,756.97 | Rx Subsys |
| 408 | SM | 3-6-15 | Medicare/Silver | $20,756.97 | Rx Subsys |

| | | | | | |
|---|---|---|---|---|---|
| 409 | SM | 4-2-15 | Medicare/Silver | $20,756.97 | Rx Subsys |
| 410 | SM | 4-29-15 | Medicare/Silver | $20,756.97 | Rx Subsys |
| 411 | SM | 5-27-15 | Medicare/Silver | $20,756.97 | Rx Subsys |
| | | | | | |
| 412 | SW | 6-14-17 | DOL/OWCP | $750.00 | Up-coded 20550 |
| | | | | | |
| 413 | FP | 5-31-16 | DOL/OWCP | $1,200.00 | Up-coded 20550 |
| 414 | FP | 8-23-16 | DOL/OWCP | $1,050.00 | Up-coded 20550 |
| 415 | FP | 9-20-16 | DOL/OWCP | $1,200.00 | Up-coded 20550 |
| 416 | FP | 4-4-17 | DOL/OWCP | $1,350.00 | Up-coded 20550 |
| 417 | FP | 8-22-17 | DOL/OWCP | $1,200.00 | Up-coded 20550 |
| 418 | FP | 10-17-17 | DOL/OWCP | $1,500.00 | Up-coded 20550 |
| | | | | | |
| 419 | RD | 8-23-17 | DOL/OWCP | $1,350.00 | Up-coded 20550 |
| 420 | RD | 9-19-17 | DOL/OWCP | $1,350.00 | Up-coded 20550 |
| | | | | | |
| 421 | AD | 8-8-17 | DOL/OWCP | $1,200.00 | Up-coded 20550 |
| 422 | AD | 9-19-17 | DOL/OWCP | $1,350.00 | Up-coded 20550 |
| | | | | | |
| 423 | RA | 1-17-17 | DOL/OWCP | $1,050.00 | Up-coded 20550 |

All in violation of Title 18, United States Code, Sections 1347 and 2.

THE GRAND JURY FURTHER CHARGES:

## FORFEITURE ALLEGATION

93. The allegations contained in Counts 1 through 423 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

94. Pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982, upon conviction of an offense in violation of Title 18, United States Code, Section 371, Title 42, United States Code, Section 1320a-7b(b)(1)(B), Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), Title 21, Section 856(a)(1), and Title 18, United States Code, Section 1347, the defendant,

**KURT MORAN,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses. The property to be forfeited includes, but is not limited to the following:

a. Approximately $140,000.00 in United States currency representing the proceeds of the offense; and

b. Kurt Moran's Medical License, number MD 040998 – L (PA).

95. If any of the property involved in or traceable to the offenses alleged in

Counts 1 through 423 of this Indictment, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

A TRUE BILL

[redacted]

DAVID J. FREED
UNITED STATES ATTORNEY

DATE: 9/15/2020

By: MICHELLE OLSHEFSKI
ASSISTANT U.S. ATTORNEY