UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:20-CR-228 |
| | ) | |
| v. | ) | (JUDGE MARIANI) |
| | ) | |
| KURT MORAN, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

**BILL OF PARTICULARS**

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Indictment filed in the above-styled criminal case:

1. Approximately $140,000.00 in U.S. currency representing the proceeds of the offenses;
2. Kurt Moran's Medical License, number MD 040998 - L (PA);
3. The contents of Community Bank Acct. #4502006994 held in the name of Kurt Moran in the approximate amount of $12,570.45 in U.S. Currency; and

4. Approximately $5,430.00 in U.S. Currency seized from Kurt Moran and Jill Moran on January 30, 2018, in Scranton, Pennsylvania.

Respectfully submitted,

DAVID J. FREED
UNITED STATES ATTORNEY

By: */s/* Jenny P. Roberts
JENNY P. ROBERTS
Assistant U.S. Attorney
235 N. Washington Avenue, Ste. 311
Scranton, PA 18503
Phone: 570-348-2800
Fax: 570-348-2037
jenny.p.roberts@usdoj.gov
P.A. ID #89330

CERTIFICATE OF SERVICE

Pursuant to Standing Order 03-1 and Local Rules 4.2 and 5.7, I hereby certify that the foregoing document was served through electronic case filing on September 24, 2020.

Respectfully submitted,

DAVID J. FREED
United States Attorney

By: /s/ Jenny P. Roberts
JENNY P. ROBERTS
Assistant U.S. Attorney
235 N. Washington Avenue, Ste. 311
Scranton, PA 18503
Phone: 570-348-2800
Fax: 570-348-2037
jenny.p.roberts@usdoj.gov
P.A. ID #89330