# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **3:20-CR-228** |
| **v.** | : | **(JUDGE MARIANI)** |
| | : | |
| **KURT MORAN,** | : | |
| | : | |
| **Defendant.** | : | |

FILED
SCRANTON
AUG 25 2022
PER ______
DEPUTY CLERK

**ORDER**

**AND NOW, THIS** 25th **DAY OF AUGUST, 2022,** upon consideration of Defendant's Motion to Continue Sentencing (Doc. 49) and noting the Government's lack of concurrence therein (*see* Doc. 49, ¶ 2; Doc. 52), **IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 49) is **DENIED**. Sentencing in the above-captioned case remains scheduled for **Wednesday, August 31, 2022, at 11:30 a.m**. Upon the imposition of sentence, at Defendant's counsel's request, the Court will consider the imposition of a reasonable surrender date for Defendant Moran.

Robert D. Mariani
United States District Judge