UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:20-CR-228 |
| | ) | |
| v. | ) | (JUDGE MARIANI) |
| | ) | |
| KURT MORAN, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on December 9, 2021, ordering the defendant to forfeit:

a. Approximately $140,000.00 in U.S. currency representing the proceeds of the offenses;

b. Kurt Moran's Medical License, number MD 040998 - L (PA);

c. The contents of Community Bank Acct. #4502006994 held in the name of Kurt Moran in the approximate amount of $12,570.45 in U.S. Currency; and

d. Approximately $5,430.00 in U.S. Currency seized from Kurt Moran and Jill Moran on January 30, 2018, in

Scranton, Pennsylvania.

Because the defendant dissipated the above-described property constituting or derived from any proceeds obtained directly or indirectly, the United States seeks, as a substitute asset pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of the dissipated proceeds.

Notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website.

All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than thirty days after the date of final publication of notice.

No petitions were filed within the thirty-day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) All right, title, and interest, including the interests of titled owners, spouses, and any other interested parties, in the above-described

property are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

(2) The United States is entitled to its costs herein;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

(4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 15th day of December, 2022.

_s/ Robert D. Mariani______________
ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE