MCMONAGLE PERRI
MCHUGH MISCHAK DAVIS
TRIAL LAWYERS

A Professional Corporation
MPMPC.COM

Brian J. McMonagle*
Fortunato N. Perri, Jr.
Walter J. McHugh*
David B. Mischak
William M. Davis

Charles M. Gibbs*
Raymond C. Driscoll
Steven B. Patton
Jacob W. Segal

**August 23, 2023**

**Honorable Robert D. Mariani**
**William J. Nealon Federal Building & U.S. Courthouse**
**235 N. Washington Ave**
**Scranton, Pa 18501-1148**

**RE: U.S.A. v. KURT MORAN**

Dear Judge Mariani:

I write on behalf of my client Kurt Moran. As your Honor is aware, Mr. Moran is presently incarcerated at FCI Schuylkill, having been sentenced by the Court after a guilty plea. As the Court is aware, the Federal Bureau of Prisons offers a residential substance abuse treatment program (RDAP) for inmates with a history of drug or alcohol abuse. Mr. Moran is a worthy candidate for acceptance into the program having been an alcoholic for most of his adult life.

On behalf of Mr. Moran, I am respectfully requesting that the court makes a recommendation to the Federal Bureau of Prisons that Mr.Moran be considered for acceptance into the RDAP program. I have spoken with AUSA Olshefski and she has no objection to our request.

Thank you for your consideration of this request.

Very truly yours,

BRIAN J. MCMONAGLE, Esquire

Cc: AUSA Michelle Olshefski
Mark Campetti, U.S. Probation

1845 WALNUT STREET • SUITE 1900 • PHILADELPHIA, PA 19103 • OFFICE 215-981-0999 • FAX 215-981-0977
*Also member of NJ bar