To Judge Robert Mariani:

3:20 cR 228

I would like to formally request a court appointed lawyer due to not being able to financially Hire another lawyer at this time. I am in need of a lawyer so I can apply for compassionate Release or reduction of sentence in the near future. Please grant me this opportunity so I Can be represented with a lawyer. I am currently in the FCI Schyulkill Camp in Minersville, PA

Thank you,

Kurt P. Moran

Kurt P. Moran

FILED
SCRANTON

SEP 24 2024

PER ____________
DEPUTY CLERK

K.M. 08786-509
Federal Prison Camp Schuylkill
P.O. Box 670
Minersville, PA 17954

Mailed from
Federal Prison Camp
Schuylkill, PA

HARRISBURG PA 171
18 SEP 2024 PM 1 L




TO Judge Robert Mariani
Federal Bldg.
US Court house
235 N. Washington Ave
Scranton PA (1148 PO Box)
18501